UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


CEDRIC MONTEZ SMITH,

      Petitioner,                                    Case No. 1:10-cv-186

v                                                      HON. JANET T. NEFF

SHIRLEE HARRY,

      Respondent.

_____/


**FINAL ORDER**


In accordance with the Opinion entered this date:

**IT IS HEREBY ORDERED** that the Objections (Dkt 32) are DENIED and the Report and Recommendation of the Magistrate Judge (Dkt 31) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the petition for habeas corpus relief (Dkt 1) is DENIED for the reasons stated in the Report and Recommendation.

**IT IS FURTHER ORDERED** that a certificate of appealability pursuant to 28 U.S.C. § 2253(c) is DENIED as to each issue asserted.


Date: November 1, 2012                    /s/ Janet T. Neff_____
                                          JANET T. NEFF
                                          United States District Judge