UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CEDRIC MONTEZ SMITH,

    Petitioner,                                    Case No. 1:10-cv-186

v                                            HON. JANET T. NEFF

SHIRLEE HARRY,

    Respondent.
_____/

**<u>FINAL ORDER</u>**

In accordance with the Opinion entered this date:

**IT IS HEREBY ORDERED** that the Objections (Dkt 32) are DENIED and the Report and Recommendation of the Magistrate Judge (Dkt 31) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the petition for habeas corpus relief (Dkt 1) is DENIED for the reasons stated in the Report and Recommendation.

**IT IS FURTHER ORDERED** that a certificate of appealability pursuant to 28 U.S.C. § 2253(c) is DENIED as to each issue asserted.

Date: November 1, 2012                              /s/ Janet T. Neff
                                                             JANET T. NEFF
                                                              United States District Judge